# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                                    PLAINTIFF(S)

VS.                                  Case No. 4:17CV00387 SWW

G4S YOUTH SERVICES LLC                                                    DEFENDANT(S)

## ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 13th day of June 2017.

>                                    AT THE DIRECTION OF THE COURT
>                                    JAMES W. McCORMACK, CLERK
>
>                                    BY:  /s/ Cecilia Norwood
>                                         Courtroom Deputy to
>                                         U.S. District Judge Susan Webber Wright